UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. 00-96(SEC), |
| | : | Cr. 01-528(PG) |
| **v.** | : | |
| **LUIS B. FORNIA CASTILLO** | : | |

DEFENDANT'S CONSOLIDATED MOTION INFORMING
ABSENCE FROM THE JURISDICTION

TO THE COURT:

Defendant, Luis B. Fornia Castillo, by his undersigned counsel, hereby advises the Court and the United States that:

1. The undersigned will be out of Puerto Rico **from July 29**, in connection with proceedings scheduled for July 31 in the Supreme Court of New York (County of New York) in the consolidated cases of ***In the Matter of Richard J. Condon v. The Interreligious Foundation for Community Organization, Inc***. (New York County Index No. 07-406703,) and <u>*In the Matter of Richard J. Condon v. Lucius Walker, Jr.*</u> (New York County Index No. 07-406703), involving motions for civil contempt.

Following that, she will be enjoying a much-needed vacation, **returning to San Juan on August 18, 2008.**

WHEREFORE, it is respectfully requested:

A) That counsel be excused from any proceedings already scheduled between July 29 and

August 18,

    B) That any substitute counsel designated for her be accepted by the Court for the purposes of any such proceeding, and

    C) That all proceedings and return dates, cut-off and similar scheduling matters take into consideration counsel's unavailability for such matters during the period between July 29 and August 18.

                              RESPECTFULLY SUBMITTED:

                              /s LINDA BACKIEL

                              Av. E. Pol #497  PMB 597
                               San Juan, Puerto Rico
                              00926-5636
                              787-760-4240
                              Ollb@coqui.net

                        CERTIFICATION

    I hereby certify that a copy of the foregoing was electronically filed with the Court's electronic case filing system, which will automatically serve a copy upon all counsel of record.

                              /s LINDA BACKIEL

        uerto